**Bruce THOMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 32777.**

Missouri Court of Appeals,
Western District.

March 2, 1982.

Edward B. Rucker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Douglas Lind, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from judgment dismissing Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).